ACCEPTED
03-15-00252-CV
5950771
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/6/2015 5:28:49 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00252-CV

# In the Court of Appeals
## for the Third Judicial District
## Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/6/2015 5:28:49 PM
JEFFREY D. KYLE
Clerk

Dr. Behzad Nazari, D.D.S., et al.,
*Appellant*,

v.

The State of Texas,
*Appellee,*

v.

ACS State Healthcare, LLC,
*Appellee.*

On Appeal from the
53rd Judicial District Court, Travis County, Texas

## Corrected Motion to Extend Time to File Brief of Appellee the State of Texas

To The Honorable Third Court of Appeals:

Appellee, the State of Texas, moves to extend the time to file its response brief, pursuant to Texas Rules of Appellate Procedure 38.6(b) and 10.5(b).

**I.**

The State's brief is currently due on July 9, 2015. (The State's original motion misidentified its brief deadline as July 19, 2015.) The State of Texas seeks a 30-day extension, creating a new deadline of August 10, 2015. This is

the State of Texas's first extension request. All parties are unopposed to this request.

## II.

The State of Texas requests this extension because of the press on counsel of other professional engagements, including preparation of court-requested briefing and preparation for oral argument in *Texas v. United States*, No. 15-40238 (5th Cir.), preparation of briefing in *Hartfield v. Osborne*, No. 15-20275 (5th Cir.), preparation of briefing in *Frew v. Janek*, No. 15-40229 (5th Cir.), and preparation of briefing in *State v. One 2004 Lincoln Navigator*, No. 14-0692 (Tex.).

## III.

The State of Texas seeks this extension not for purposes of delay, but in the interest of justice, and respectfully requests that the Court grant an extension of time to August 10, 2015, for filing its response brief.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

SCOTT A. KELLER
Solicitor General


 /s/ J. Campbell Barker
J. CAMPBELL BARKER
Deputy Solicitor General
State Bar No. 24049125

PHILIP A. LIONBERGER
Assistant Solicitor General
State Bar No. 12394380

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
(512) 936-1700
(512) 474-2697
cam.barker@texasattorneygeneral.gov

*Counsel for Appellee the State of Texas*

## CERTIFICATE OF SERVICE

I certify that this document has been filed with the clerk of the court and served by File&ServeXpress on July 6, 2015, upon:

**Counsel for all Appellants:**

Jason Ray
RIGGS & RAY, P.C.

E. Hart Green
WELLER, GREEN, TOUPS & TERRELL, L.L.P.

**Counsel for Appellees Xerox Corporation and Xerox State Healthcare, LLC f/k/a ACS State Healthcare, LLC:**

Constance H. Pfeiffer
Christopher R. Cowan
W. Curt Webb
Eric J. R. Nichols
BECK REDDEN LLP

Robert C. Walters
GIBSON, DUNN, & CRUTCHER LLP

/s/ J. Campbell Barker
J. Campbell Barker
*Counsel for Appellee the State of Texas*